Durbin *v.* S. P. Lightholder, Inc., Appellant.
Durbin, Appellants, *v.* S. P. Lightholder, Inc.

Argued March 15, 1973. Before JONES, C. J., EAGEN,
O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Samuel L. Rodgers,* for S. P. Lightholder, Inc., appellant at No. 5 and appellee at No. 6.

*Francis H. Patrono,* with him *Robert D. Beck,* and
*Patrono, Ceisler, Edwards & Pettit,* for H. D. Durbin
et ux., appellants at No. 6 and appellees at No. 5.

OPINION PER CURIAM, March 25, 1974:
Order affirmed.   Each party to pay own costs.